AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

JAMES RAY MORRIS

V.

SOUTHERN NUCLEAR OPERATING COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-347-WKW

TO: (Name and address of Defendant)

Southern Nuclear Operating Company, Inc.
c/o Bentina C. Terry, Registered Agent
40 Inverness Center Parkway
Birmingham, AL 35242

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Glasgow
Farmer, Price, Hornsby & Weatherford
P. O. Drawer 2228
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 4-27-07

**CERTIFIED MAIL**

RE:

7111 1670 5840 0010 1225