# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES RAY MORRIS**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **CV 07-347-WKW** |
| **SOUTHERN NUCLEAR** ) | |
| **OPERATING COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

1. Alabama Power Company, affiliate company of the Defendant

2. Cherokee Falls Development of South Carolina, LLC, affiliate company of the Defendant

3. DeSoto County Generating Company, LLC, affiliate company of the Defendant

4. Georgia Power Company, affiliate company of the Defendant

5. Gulf Power Company, affiliate company of the Defendant

6. Mississippi Power Company, affiliate company of the Defendant

7. Oleander Power Project, LP, affiliate company of the Defendant

8. Southern Company, affiliate company of the Defendant

9. Southern Company-Florida, LLC, affiliate company of the Defendant

10. Southern Company Services, Inc., affiliate company of the Defendant

11. Southern Communications Services, Inc., affiliate company of the Defendant

12. Southern Electric Generating Company, affiliate company of the Defendant

13. Southern Management Development, Inc., affiliate company of the Defendant

14. Southern Nuclear Operating Company, Inc., Defendant

15. Southern Nuclear Development, LLC, affiliate company of the Defendant

16. Southern Power Company, affiliate company of the Defendant

17. Southern Power Company-Orland Gasification, LLC, affiliate company of the Defendant

18. SouthernLINC Wireless, affiliate company of the Defendant

19. Southern Telecom, Inc., affiliate company of the Defendant

        s/Brent T. Cobb
        Leigh Anne Hodge
        Attorney for Defendant, Southern Nuclear
        Operating Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5698
        E-mail: lhodge@balch.com


        Brent Cobb
        Attorney for Defendant, Southern Nuclear
        Operating Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5892
        E-mail: bcobb@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 22nd day of May, 2007:

Elizabeth B. Glasgow
Farmer, Price, Hornsby & Weatherford, LLP
100 Adris Place
Dothan, AL 36303

        Respectfully submitted,

        s/Brent T. Cobb
        Leigh Anne Hodge
        Attorney for Defendant, Southern Nuclear
        Operating Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5698
        E-mail: lhodge@balch.com

        Brent Cobb
        Attorney for Defendant, Southern Nuclear
        Operating Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5892
        E-mail: bcobb@balch.com