IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES RAY MORRIS,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO:** |
| v. | ) | **1:07-cv-347-WKW** |
| | ) | |
| **SOUTHERN NUCLEAR** | ) | |
| **OPERATING CO. INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF QUALIFIED
<u>HIPAA PROTECTIVE ORDER</u>**

Plaintiff James Ray Morris and Defendant Southern Nuclear Operating Company, Inc., move this Honorable Court to enter the attached order to govern the production and protection of certain Protected Health Information ("PHI") so that the parties, and any third party receiving any subpoena, may comply with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). As grounds for this motion, the parties state as follows:

1. In this action, the Plaintiff is seeking relief pursuant to the American With Disabilities Act. Certain healthcare records relevant to the Plaintiff's claims are maintained by third parties and subject to HIPAA. These records may be relevant and responsive to many discovery requests and the parties wish to comply with HIPAA while conducting efficient and economical litigation.

2. The proposed HIPAA order is attached hereto. Both parties believe that this order will provide for the efficient production of documents and compliance with HIPAA.

WHEREFORE, PREMISES CONSIDERED the parties request this Court to enter the attached order.

Respectfully submitted this 19th day of July, 2007.

/s/ Elizabeth B. Glasgow (w/permission)
Elizabeth B. Glasgow
Farmer, Price, Hornsby &
Weatherford, LLP
100 Adris Place
Dothan, AL 36303


/s/ Brent T. Cobb
One of the Attorneys for Defendant
Leigh Anne Hodge
Brent T. Cobb
Balch & Bingham, LLP
1710 6th Avenue North
Birmingham, Alabama  35203

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES RAY MORRIS** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO:** |
| | )    **1:07-cv-347-WKW** |
| | ) |
| **SOUTHERN NUCLEAR** | ) |
| **OPERATING COMPANY, INC.** | ) |
| | ) |
|     **Defendant.** | ) |

### QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action, including privileged information, as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or

subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. See 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made) immediately upon conclusion of this action. See 45 C.F.R. §§ 164.502(b); 164.512(e)(1)(v).

DONE and ORDERED this _____ day of July, 2007.
.

_____
UNITED STATES DISTRICT JUDGE