UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| James Ray Morris, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.: 1:07-cv-347-WKW |
| Southern Nuclear Operating Company, Inc. | § | |
| Defendant. | § | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ray Morris, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__11/29/07__
Date

_____
Counsel Signature

Elizabeth B. Glasgow
Counsel for Ray Morris

P. O. Drawer 2228, Dothan, Alabama 36302
Address, City, State Zip Code

(334) 793-2424
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brent Cobb, Esq.
Balch & Bingham, LLP
P. O. Box 306
Birmingham, AL  35201-0306

__s/ Elizabeth B. Glasgow_____