**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JAMES RAY MORRIS**, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>**SOUTHERN NUCLEAR OPERATING** )<br>**COMPANY, INC.**, )<br>)<br>  Defendant. ) | **CIVIL ACTION NO.**<br>**1:07-cv-347-WKW** |

**JOINT STIPULATION OF DISMISSAL**

The parties, by and through their counsel, hereby give notice to the Court that they have reached a settlement of all claims in the above-referenced action, and it is hereby stipulated that Mr. Morris's claims be dismissed with prejudice, costs taxed as paid.

Respectfully submitted this 6th day of March, 2008.

/s/ Elizabeth B. Glasgow (w/permission)  
Attorney for Plaintiff

**OF COUNSEL:**
Elizabeth B. Glasgow
FARMER, PRICE, HORNSBY &
    WEATHERFORD, LLP
100 Adris Place
Dothan, AL 36303
Telephone: (334) 793-2424
Facsimile: (334) 793-6624
Email: eglasgow@fphw-law.com

/s/ Brent T. Cobb  
One of the Attorneys for Defendants

**OF COUNSEL:**
Leigh Anne Hodge
Brent T. Cobb
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 226-3484
Facsimile: (205) 488-5821
E-mail: lhodge@balch.com
         bcobb@balch.com