IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES RAY MORRIS,　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　Plaintiff,　　　　　　　）
　　　　　　　　　　　　　　　　）
　　v.　　　　　　　　　　　　　）　　Case No. 1:07-cv-0347-WKW
　　　　　　　　　　　　　　　　）
SOUTHERN NUCLEAR　　　　　　　 ）
OPERATING COMPANY, INC.,　　　）
　　　　　　　　　　　　　　　　）
　　　　Defendant.　　　　　　　）

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. # 12) filed March 6, 2008, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the plaintiff's claims against the defendant are DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 7th day of March, 2008.

　　　　　　　　　　　　　　　_____/s/　 W. Keith Watkins_____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE